No. 67439.—Surface Freight Corp. *v.* United States, protest 61/15142 (New York).

Opinion by LAWRENCE, J.  In accordance with stipulation of counsel that the merchandise consists of wire rods similar in all material respects to those the subject of *Scoville Manufacturing Co., A. Schrader's Son Division* v. *United States* (43 Cust. Ct. 259, C.D. 2138), and that said merchandise is subject to the internal revenue tax of 1.7 cents per pound on the copper content under section 4541(1), Internal Revenue Code (26 U.S.C. § 4541(1)), as modified by the Sixth Protocol to the General Agreement on Tariffs and Trade (T.D. 54108), the claim of the plaintiff was sustained.

No. 67440.—Kelvin & Hughes American Corp. *v.* United States, protest 62/5251 (Baltimore).

Opinion by LAWRENCE, J.  In accordance with stipulation of counsel that the merchandise consists of metal scale expanders, having essential electrical features, designed for use as optional accessories for the purpose of enlarging the visual presentation of information being received from echo-sounding apparatus, and which are not essential to the efficient operation of such apparatus, the claim of the plaintiff was sustained.

No. 67441.—Nordlight, Inc., et al. *v.* United States, protests 308359–K, etc. (New York).

Opinion by LAWRENCE, J.  In accordance with stipulation of counsel that the merchandise consists of pulleys similar in all material respects to those the subject of *Nord Light, Inc.* v. *United States* (49 CCPA 12, C.A.D. 786), the claim of the plaintiffs was sustained.